

# Missouri Court of Appeals
## Southern District

**MARCH 27, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.      Case No. SD32513

        Re:     STATE OF MISSOURI,
                Respondent,
                vs.
                BRIAN M. SOUTHERN,
                Appellant.